**Earle B. Tilton, Appellant, v. Robert R. Ludwig, Appellee.**

Gen. No. 10,028.

Heard in this court at the May term, 1945; opinion filed October 22, 1945; released for publication November 19, 1945. Rathje & Woodward, for appellant; John S. Woodward, of counsel; Perry & Elliott, for appellee. Opinion by Presiding Justice Dove. Not to be published in full.